UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WESTERN WORLD
INSURANCE COMPANY,

                    Case No. 2:15-cv-12389

        Plaintiff,           Judge Marianne O. Battani

                    Magistrate Judge Anthony P. Patti

v.

CLAXTON STREET
APARTMENTS, L.L.C.,

        Defendant.
_____/

**ORDER DENYING AS MOOT PLAINTIFF'S JUNE 24, 2016 PETITION
FOR RULE TO SHOW CAUSE AND FOR OTHER RELIEF (DE 26) and
CANCELLING HEARING NOTICED FOR AUGUST 4, 2016 (DE 28)**

By way of background, Judge Battani referred Plaintiff's March 3, 2016

motion to me for hearing and determination.  (DEs 12, 13.)  I held a hearing on

May 16, 2016, after which I entered a May 19, 2016 opinion and order setting forth

several rulings.  (DE 24.)

On June 24, 2016, Plaintiff filed the instant petition for rule to show cause

and for other relief, which is related to my May 19, 2016 order.  (DEs 26, 24.)

Judge Battani referred this motion to me for hearing and determination, and a

hearing was noticed for August 4, 2016.  (DEs 27, 28).

Meanwhile, on August 2, 2016, Plaintiff's counsel (Terry L. Welch)

informed the Court that this case has settled.  Therefore, Plaintiff's June 24, 2016

petition (DE 26) is **DEEMED MOOT** and accordingly **DENIED** on that basis.

The related hearing scheduled for August 4, 2016 (DE 28) is **CANCELLED**.

**IT IS SO ORDERED.**

Dated: August 2, 2016              s/Anthony P. Patti
                                   Anthony P. Patti
                                   UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on August 2, 2016, electronically and/or by U.S. Mail.

                                   s/Michael Williams
                                   Case Manager for the
                                   Honorable Anthony P. Patti